IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME JUNIOR WASHINGTON, | ) | |
| | ) | Civil Action No. 17 – 988 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Chief District Judge Joy Flowers Conti |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| SUPERINTENDENT GILMORE, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**AND NOW**, this 14th day of August, 2018;

**IT IS HEREBY ORDERED** that the R&R of the Magistrate Judge (ECF No. 38) is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the defendants' Motion to Dismiss for Improper Joinder of Claims (ECF No. 18) is granted. The Clerk of Court is directed to strike Plaintiff's complaint (ECF No. 5) for his failure to comply with Federal Rule of Civil Procedure 20.

**IT IS FURTHER ORDERED** that Plaintiff is allowed thirty (30) days from the date of this order in which to file an amended complaint that complies with the Federal Rules of Civil Procedure, including Rule 20. Plaintiff is warned that the inclusion of new or separate, unrelated claims will be considered a failure to comply with this order and it will result in dismissal of the amended complaint.

**AND IT IS FURTHER ORDERED** that this case is remanded back to the magistrate judge for all further pretrial proceedings.

By the Court:

/s/ Joy Flowers Conti_____
Joy Flowers Conti
Chief United States District Judge

cc: Jerome Junior Washington
HV-0282
SCI Greene
175 Progress Drive
Waynesburg, PA  15370

Counsel for Defendants
(*Via CM/ECF electronic mail*)